# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D23-0300
LT Case No. 16-2022-MM-001967-AXXX

———————————————

ALLYSSIA MIYANA JAN'EE DEAN,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

On appeal from the County Court for Duval County.
Scott Mitchell, Judge.

Charlie Cofer, Public Defender, and Elizabeth Hogan Webb,
Assistant Public Defender, Jacksonville, for Appellant.

Ashley Moody, Attorney General, Christina Piotrowski, Assistant
Attorney General, and Adam B. Wilson, Assistant Attorney
General, Tallahassee, for Appellee.


August 22, 2023


PER CURIAM.

    AFFIRMED.


SOUD, MACIVER, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____